## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GUILHERME BATISTA ARMONDES** ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> Antone Moniz, Superintendent of Plymouth County ) <br> Correctional Facility; ) <br> ) <br> Respondent. ) <br> ) | Case No.  1:25-cv-10763 |

## PETITIONER'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Guilherme Batista Armondes (hereinafter referred to as "Petitioner") respectfully requests that the Court grant his Emergency Motion for a Temporary Restraining Order and Preliminary Injunctive Review. The grounds for this motion are set forth in the accompanying memorandum of law, exhibits in support thereof, and the applicable law. A proposed order also accompanies this motion.

This motion is being filed on Thursday, June 26, 2025. The following dates are critical to the timing of adjudication of this motion. Petitioner is currently in immigration custody in Plymouth, MA, and is at imminent risk of deportation to Brazil.

Respectfully submitted,

/s/ Timothy Caron
Timothy Caron
Celedon Law
277 Main Street #305
Marlborough, MA 01752
Tim.caron@celedonlaw.com
Dated: June 26, 2025

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I certify that, in accordance with Local Rule 7.1(a)(2), working in cooperation with Attorney Jonathan A. Cox of Wilmer Hale, communication was attempted by email with Mary L. Larakers, Senior Litigation Counsel at the United States Department of Justice, Office of Immigration Litigation on June 25, 2025 to advise the government of the grounds for the present Motion.

This communication was an attempt to resolve the issues raised in this motion. Ms. Larakers has not yet responded to this email at the time of this filing and, therefore, the parties were unable to reach a resolution.

_____
Timothy Caron

## VERIFICATION PURSUANT TO 28 U.S.C. § 2242

I represent Petitioner Guilherme Batista Armondes, and I submit this verification on his behalf. I hereby verify that the factual statements made in the foregoing document are true and correct to the best of my knowledge.

Dated this twenty-sixth day of June 2025.

_____
Timothy G. Caron

## CERTIFICATE OF SERVICE

I, Timothy Caron, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: June 26, 2025

_____
Timothy Caron, Esq.