UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GUILHERME BATISTA ARMONDES**<br>    Petitioner,<br><br>v.<br><br><br>**ANTONE MONIZ**<br>    Respondent. | Civil Action No. 25-10763-DJC |

**JUDGMENT**

**CASPER, J.**                                                                                          July 3, 2025

For reasons stated in D. 19, judgment for the respondent.


                                            Robert M. Farrell, Clerk

                                            /s/ Savannah Cook
                                            Deputy Clerk